IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLUR WORLD, LLC     :   CIVIL ACTION
            :
 v.          :   No. 24-1507
            :
SCHNEIDER MEDICAL INDUSTRIES :

## **ORDER**

AND NOW, this 21st day of August, 2024, upon consideration of Defendant Schneider Medical Industries' Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 9), Plaintiff Colur World, LLC's response in opposition, Schneider's reply brief in support of the motion, and the parties' oral arguments on July 23, 2024, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED for lack of personal jurisdiction.

It is FURTHER ORDERED this action is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk of Court is DIRECTED to mark this case CLOSED.

           BY THE COURT:


           /s/ Juan R. Sánchez
           Juan R. Sánchez, J.